FILED

10/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0570

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0570

CHRISTOPHER BEADLES and
HEATHER BEADLES,

     Plaintiffs and Appellees,

v.

JARED MECHAM, et al.

     Defendant and Appellant.

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

Michael Alan Ferrington the mediator previously appointed in this matter, has notified the parties that he declines the appointment. Accordingly, Mr. Ferrington's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT DEAN D. CHISHOLM, whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 25th day of October, 2023.

_____
Bowen Greenwood, Clerk of the Supreme Court

  c:    Joanna Nell Galbraith
Laura Jean Brammer Webb
Douglas Scotti
Dean D. Chisholm
Michael A Ferrington